UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANGELA GARRETT and CRYSTA GARNER on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>HERFF JONES, LLC,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:21-cv-1329-TWP-DLP<br>)<br>)  Putative Class Action<br>)<br>)<br>) |

**MOTION TO APPEAR *PRO HAC VICE*
FILED ON BEHALF OF ATTORNEY JEFFREY S. GOLDENBERG**

Kathleen A. DeLaney of the law firm Delaney & Delaney LLC, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Jeffrey S. Goldenberg of GOLDENBERG SCHNEIDER, LPA, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiffs Angela Garrett, Crysta Garner, and all others similarly situated, in the above-styled cause only. In support of this motion, the undersigned states:

1. The Certification of Jeffrey S. Goldenberg, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2. Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Jeffrey S. Goldenberg leave to appear *pro hac vice* for purposes of this cause only.

Dated:  June 1, 2021               Respectfully submitted,


                                   /s/ *Kathleen A. DeLaney*
                                   Kathleen A. DeLaney
                                   **DELANEY & DELANEY LLC**
                                   3646 North Washington Blvd.
                                   Indianapolis, IN 46205
                                   Telephone:  (317) 920-0400
                                   Facsimile:   (317) 920-0404
                                   kathleen@delaneylaw.net