# IN THE UNITED STATES DISTRICT COURT
## FOR THE Southern District of Indiana
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: HERFF JONES ) <br> DATA BREACH LITIGATION ) <br> ) <br> ) <br> ) <br> ) | Master Case No. 1:21-cv-1329-TWP-DLP <br><br> **Judge Tanya Walton Pratt** <br> **Magistrate Judge Doris L. Pryor** <br><br> **This Document Relates To All Actions** |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), **Kirsten C. Lee** respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of **Defendant Herff Jones, LLC** in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):

**U.S. District Court - Northern District of Illinois - General Bar, 2020**

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. A check in the amount of One Hundred Dollars ($100.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Date: August 11, 2021                                                   Respectfully submitted,

*/s/ Kirsten C. Lee*
_____
Kirsten C. Lee
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: kirsten.lee@lw.com

## **CERTIFICATE OF SERVICE**

I certify that on August 11, 2021 a copy of the foregoing Motion to Appear *Pro Hac Vice* was served on counsel of record by electronic means pursuant to the Court's Electronic Case Filing (ECF) system.

*/s/ Kirsten C. Lee*

Kirsten C. Lee
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: kirsten.lee@lw.com