UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re:                              )
                                    )
HERFF JONES DATA BREACH             )          No. 1:21-cv-01329-TWP-DLP
LITIGATION                          )
                                    )

## ORDER

This matter comes before the Court on the parties' Joint Motion for Extension of Time, Dkt. [53]. The Court, being duly advised, hereby **GRANTS** said motion. The parties shall have to and including **December 20, 2021** to file their Motion for Preliminary Approval of Class Action Settlement.

So ORDERED.

Date: 12/6/2021

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email