# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: HERFF JONES DATA BREACH LITIGATION )<br>)<br>) | Master Case No. 1:21-cv-01329-TWP-DLP |
| This Document Relates to:<br>All Actions )<br>)<br>) | |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME

The Parties' Joint Motion for Extension of Time is hereby granted. The Plaintiffs have until January 7, 2022 to file their Motion for Preliminary Approval of Class Action Settlement.

Date: 12/21/2021

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all counsel of record
via CM/ECF.