## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

|  |  |
|---|---|
| IN RE: HERFF JONES DATA BREACH LITIGATION<br><br>This Document Relates to:<br>All Actions | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Master File No. 1:21-cv-1329-TWP-DLP |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
## OF CLASS ACTION SETTLEMENT

Plaintiffs Justin Ahn, Kevin Bersch, Leighton Blackwood, Miriam Barnicle, Elizabeth Furcinito, Crysta Garner, Angela Garett, Niculina Odagiu, Andrew Pawelczyk, Connie Quintana, Kristin Walker, and Keisha Windham ("Representative Plaintiffs"), individually and on behalf of the Settlement Class (as defined below), hereby move this Court to:

1.     Stay all proceedings other than those related to approval of the Class Action Settlement;

2.     Stay and/or enjoin, pending Final Approval of the Class Settlement Agreement, any actions brought by Settlement Class Members concerning the Released Claims;

3.     Preliminarily certify the Settlement Class for settlement purposes only;

4.     Preliminarily approve the settlement described in the "Settlement Agreement" between Plaintiffs and Defendant Herff Jones LLC ("Herff Jones" or "Defendant"), as fair, adequate, and reasonable;

5.     Appoint Representative Plaintiffs Class Representatives;

6.     Appoint Bryan Bleichner of Chestnut Cambronne, PA; Gary Klinger of Mason Lietz & Klinger LLP; and Carl Malmstrom of Wolf Haldenstein Adler Freeman & Herz LLC as Class Counsel;

7.     Approve the notice program, as set forth in Paragraph 4 of the Settlement Agreement and set the dates for the Claims Deadline, Opt-Out Deadline, and Objection Deadline;

8.     Approve the form and contents of a long form notice ("Long Notice") to be posted on the settlement website substantially similar to the one attached to the Settlement Agreement as Exhibit B, and a Summary Notice to be mailed and emailed to Settlement Class Members ("Summary Notice") substantially similar to the one attached to the Settlement Agreement as Exhibit C, which together shall include a fair summary of the Settling Parties' respective litigation positions, the general terms of the settlement set forth in the Class Settlement Agreement, instructions for how to object to or submit a Request for Exclusion, the process and instructions for making Tier 1, 2 or 3 Award Settlement Claims to the extent contemplated herein, and the date, time and place of the Final Approval Hearing;

9.     Approve a Claim Form substantially similar to that attached to the Settlement Agreement as Exhibit 1-A;

10.    Appoint Angeion Group as Notice Specialist and Claims Administrator;

11.    Appoint the Hon. Wayne Andersen (ret.) of JAMS as Claims Referee, or such other Claims Referee as jointly agreed to by the Settling Parties; and

12.    Set a hearing date and schedule for final approval of the Settlement and consideration of Settlement Class Counsel's motion for award of fees, costs, expenses, and service awards.

US-DOCS\128549689.3

This Motion is based upon: (1) this Motion; (2) the Memorandum in Support of the Unopposed Motion for Preliminary Approval of Class Action Settlement; (3) the Declaration of Gary M. Klinger, filed herewith; (4) the Settlement Agreement; (5) the Notices of Class Action Settlement (including Long Form and Short Form Notice); (6) the Claim Form; (7) the [Proposed] Order Granting Preliminary Approval of Class Action Settlement; (8) the records, pleadings, and papers filed in this action; and (9) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Date:   January 6, 2022                         Respectfully Submitted,

*/s/ Carl V. Malmstrom*
Kathleen A. Delaney #18604-49
**DELANEY & DELANEY LLC**
3646 Washington Blvd.
Indianapolis, IN 46205
Phone: (317) 920-0400
Fax: (317) 920-0404
kdelaney@delaneylaw.net

*Interim Liaison Counsel for Plaintiffs and the Putative Class*

Gary M. Klinger
**MASON LIETZ & KLINGER LLP**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (202) 429-2290
Fax: (202) 249-2294
Email: gklinger@masonllp.com

Bryan L. Bleichner
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN  55401-2138
Email:  bbleichner@chestnutcambronne.com

Carl Malmstrom
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 West Jackson Boulevard, Suite 1700
Chicago, IL  60604-3597

US-DOCS\128549689.3

Email:  malmstrom@whafh.com

*Interim Class Counsel for Plaintiffs and the Putative Class*