**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **IN RE: HERFF JONES DATA BREACH LITIGATION** | ) ) ) ) ) ) | **Master Case No. 1:21-cv-1329-TWP-DLP** <br> **Judge Tanya Walton Pratt** <br> **This Document Relates To All Actions** |

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF CY PRES DISTRIBUTION OF SETTLEMENT FUNDS**

This matter is before the Court on the Joint Motion For Approval of Cy Pres Distribution of Settlement Funds (Dkt. 74). For the reasons set forth in that motion and for good cause shown, the Court hereby **GRANTS** the motion and issues the following order:

1. The parties shall cause the Cy Pres Distribution Amount to be distributed to St. Jude Children's Research Hospital as soon as practicable.

**IT IS SO ORDERED:**

Date: 7/13/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email